IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOY D. SPRAYBERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:06-CV-858-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Upon consideration of Defendant's unopposed *Motion to Reverse and Remand and for Entry of Final Judgment* (Doc. #18, filed March 22, 2007), the court finds that Defendant's motion is due to be GRANTED, and it is hereby

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered for the Plaintiff, Joy D. Sprayberry, and against the Commissioner of Social Security, and this case is **REMANDED** to the Commissioner pursuant to *sentence four* of 42 U.S.C. § 405(g).

Done this 4th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE