IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOY D. SPRAYBERRY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) 3:06-CV-858-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
|    Defendant. | ) |

# **MEMORANDUM OPINION AND O R D E R**

This case is now before the Court on Plaintiff's counsel's *Petition for Authorization of Attorney Fees* (Doc. #31, filed July 31, 2008). Counsel seeks $10,375.00 in attorney's fees, pursuant to 42 U.S.C. § 406(b), for representing Plaintiff before this Court for a total of 17.80 hours. The Commissioner's *Response* (Doc. # 33, filed August 11, 2008) confirms this amount has been withheld by the Commissioner as 25 percent of past due benefits, and eligible for payment of fees pursuant to the fee agreement executed between Plaintiff and counsel. The Commissioner, however, asks the fee award be "reasonable" under *Gisbrecht v. Barnhart*, 535 U.S. 789, 122 S.Ct. 1817 (2002), and for counsel to return $2725.00, the amount of attorney's fees previously awarded under the Equal Access to Justice Act (EAJA). *See* Doc. #29, entered June 19, 2007.

In *Gisbrecht*, the Supreme Court examined the question of attorney's fees in conjunction with contingency fee agreements in Social Security disability cases. Specifically, the Court held that "§ 406(b) does not displace contingent-fee agreements as

the primary means by which fees are set for successfully representing Social Security benefits claims in court. Rather, § 406(b) calls for court review of such arrangements as an independent check, to assure that they yield reasonable results in particular cases." *Gisbrecht*, 535 U.S. at 807. The burden is on the attorney for the claimant to "show that the fee sought is reasonable for the services rendered." *Id*. The Court observes that the Commissioner does not oppose the fee award, nor does the request exceed the 25 percent ceiling established by § 406(b).

Accordingly, it is

ORDERED and ADJUDGED that, pursuant to 42 U.S.C. § 406(b),

1. The petition for attorney's fees be and is hereby GRANTED for the total contingency fee amount of $10, 375.00;

2. The Commissioner shall pay to Plaintiff's counsel $10, 375.00 of the amount previously withheld from Plaintiff's past due benefits;

3. Plaintiff's counsel shall refund to Plaintiff the amount of $2725.00, the amount previously awarded in EAJA fees.

DONE this 13th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE